**Gregory A. SCHUELER, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 07–1902.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 4, 2008.

Filed: Feb. 7, 2008.

Gregory A. Schueler, Coon Rapids, MN, pro se.

---

Donald L. Korb, U.S. Internal Revenue Service, Office of Chief Counsel, Teresa E. McLaughlin, Eileen J. O'Connor, Kenneth W. Rosenberg, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Gregory Schueler appeals the tax court's[1] adverse grant of summary judgment. Having carefully reviewed the record and considered the arguments advanced by Schueler on appeal, we conclude that summary judgment was proper. Accordingly, we affirm for the reasons set forth in the tax court's well-reasoned opinion. See 8th Cir. R. 47B.

---

1. The Honorable Diane L. Kroupa, United States Tax Court Judge.